UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE OHIO STATE UNIVERSITY MORITZ COLLEGE OF LAW CIVIL CLINIC, et al. | : : : | Case No. 3:15-cv-00833 |
| Plaintiffs, | : | |
| v. | : | |
| U.S. CUSTOMS AND BORDER PROTECTION, | : : | |
| Defendant. | : | |

NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.9, Plaintiffs' counsel The Ohio State University, Moritz College of Law, Civil Clinic, files this Notice of Substitution of Counsel on the transfer of this case from the Southern to the Northern District. Local Rule 83.9 allows "[a]ttorneys from the same firm [to] file and serve a notice of appearance or substitution for the attorney of record without obtaining leave of Court." Amna A. Akbar has prepared and submitted an application for admission in the Northern District. Once her application of admission is approved, Amna A. Akbar will serve as attorney of record from the Civil Clinic. Elizabeth I. Cooke will not be serving as counsel on this matter.

Dated: May 12, 2015					Respectfully submitted,

/s/ *Eugenio Mollo, Jr.*					/s/ *Amna A. Akbar*
Eugenio Mollo, Jr.(0081860)				Amna A. Akbar (0088915)
/s/ *Mark Heller*					/s/ *Elizabeth I. Cooke*
Mark Heller (0027027)					Elizabeth I. Cooke (0063873)
Advocates for Basic Legal Equality, Inc.		Civil Law Clinic
525 Jefferson Ave., Suite 300				Moritz College of Law
Toledo, Ohio 43604					The Ohio State University

| | |
|---|---|
| (p) (419) 255-0814 | 55 W. 12th Ave. |
| (f) (419) 259-2880 | Columbus, Ohio 43201 |
| emollo@ablelaw.org | (p) (614) 292-5432 |
| mheller@ablelaw.org | (f) (614) 292-5511 |
| | akbar.20@osu.edu |
| | cooke.62@osu.edu |

CERTIFICATE OF SERVICE

      I certify that on May 12, 2015, I electronically filed the foregoing Notice using the Court's EM/ECF system, which will serve opposing counsel.

May 12, 2015

      /s/ *Mark Heller*
Mark Heller (0027027)
Co-Counsel for Plaintiffs